IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:18 CR 609 |
| v. ) | Title 18, Section 922(g)(1), |
| ) | United States Code |
| ERIC HOLDER, ) | |
| ) | JUDGE PEARSON |
| Defendant. ) | |

COUNT 1
(Felon in Possession of Firearm and Ammunition,
in violation of 18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about July 26, 2018, in the Northern District of Ohio, Eastern Division, Defendant ERIC HOLDER, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Trafficking Offenses, in Case Number CR-07-500012-A, in the Cuyahoga County Common Pleas Court, on or about November 29, 2007, and Trafficking Offenses, in Case Number CR-06-488698-A, in the Cuyahoga County Common Pleas Court, on or about December 13, 2007, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Beretta, Model 9, .9mm handgun, serial number 171100, and 12 rounds of ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.